UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISIONS

FILED
2016 JUL 5 PM 2 06
KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

IN RE:

Stanley L. Wilkinson
(debtor(s) name)

CHAPTER 13

CASE NO 11-56442

JUDGE Hoffman

NOTICE OF CHANGE OF ADDRESS
(DEBTOR ADDRESS)

Had Sent Lawyer Change

| | | | | | | |
|---|---|---|---|---|---|---|
| Your Name | Print or Type - Last Name, First Name, Middle Initial WILKINSON STANLEY L | | | | | |
| Your Name | Print or Type - Last Name, First Name, Middle Initial WILKINSON STANLEY L | | | | | |
| Old Address | No. and Street 1324 PAULINE AVE | Apt./Suite No. | P.O. Box | R.R. No. | Rural Box No. | |
| | City and State COLUMBUS | | State OH | | ZIP Code 43224 - | |
| New Address | No. and Street 3793 ABERDEEN AVE | Apt./Suite No. | P.O. Box | R.R. No. | Rural Box No. | |
| | City and State COLUMBUS | | State OH | | ZIP Code 43219-3601 | |
| Sign Here | Signature Stanley L Wilkinson | | Date new address in effect 1 JAN 2016 | Case No. | | |

CHANGE OF ADDRESS REQUEST FOR Chapter 13

COPIES TO:

UNITED STATES BANKRUPTCY COURT
170 N. HIGH ST
COLUMBUS OH 43115

Faye D. English, Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215